C-13-15 (ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **MOTION** |
| LEONARD DOUGLAS WRIGHT | ) | **CHAPTER 13** |
| HELEN GEORGIANA WRIGHT | ) | |
| | ) | No: B-14-51389 C-13W |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

```
Plan payments in this Chapter 13 case are in default.  Because of this
default and pursuant to 11 U.S.C. Section 1307(c), the Trustee recommends
that this case be dismissed.
```

s/ Kathryn L. Bringle

Date: June 6, 2018
KLB:vr

Kathryn L. Bringle, Standing Trustee

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at <u>10:00 a.m. on July 3, 2018, in the Courtroom on the first floor, 226 South Liberty Street, Winston-Salem, North Carolina,</u> at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: <u>June 6, 2018</u>

OFFICE OF THE CLERK
U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
B-14-51389 C-13W

ESTATE OF LEONARD DOUGLAS WRIGHT
107 CARABELLE CIRCLE
SALISBURY NC 28144

ESTATE OF HELEN GEORGIANA WRIGHT
107 CARABELLE CIRCLE
SALISBURY NC 28144

WILLIAM V BOST
ATTORNEY AT LAW
PO BOX 4134
SALISBURY NC 28145 4134

KATHRYN L BRINGLE
STANDING TRUSTEE
PO BOX 2115
WINSTON SALEM NC 27102 2115