Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 14−51389

IN THE MATTER OF:
Leonard Douglas Wright     xxx−xx−2950
Helen Georgiana Wright     xxx−xx−2242
107 Carabelle Circle
Salisbury, NC 28144

　　Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 7/10/18

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 7/10/18                                                                                   OFFICE OF THE CLERK/ smw